No. 00-8519.  HARLAN v. COLORADO.  Sup. Ct. Colo.  Certiorari denied.

No. 00-8524.  PELLEGRINO v. SOUTH DAKOTA ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 00-8528.  VALDEZ v. GIBSON, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 00-8533.  VIGIL v. WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00-8537.  FRANCO v. TULARE COUNTY DEPARTMENT OF PUBLIC SOCIAL SERVICES.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 00-8542.  BALL v. ANDERSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY.  C. A. 5th Cir.  Certiorari denied.

No. 00-8549.  MASIAS v. TEXAS.  Ct. App. Tex., 3d Dist.  Certiorari denied.

No. 00-8553.  CALDWELL v. TAYLOR, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00-8557.  BELLINGER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 00-8558.  MORENO v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 00-8563.  COLEMAN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 00-8566.  DETEMPLE v. HEDRICK ET AL.  C. A. 4th Cir. Certiorari denied.

No. 00-8567.  DETEMPLE v. ALLSTATE INSURANCE CO.  C. A. 4th Cir.  Certiorari denied.

No. 00-8568.  BROWN v. KASHYAP ET AL.  C. A. 6th Cir.  Certiorari denied.